UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| MICHELE PERKINS<br>　　　　Plaintiff,<br><br>v.<br><br>NEW ENGLAND COLLEGE,<br>WAYNE F. LESPERANCE, JR,<br>　　　　Defendants. | Civil Case No.: 2-23-cv-393 |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

NOW COME the parties to the above-captioned matter, by and through their respective counsel, and pursuant to V.R.C.P. Rule 41(a) stipulate that the above action may be dismissed with prejudice, each party to bear their own costs and fees.

Dated this 11th day of March, 2025.

_____
Kaveh S. Shahi, Esq.
CLEARY, SHAHI & AICHER, P.C.
110 Merchants Row, Ste. 3
Rutland, VT 05701
Telephone: 802-775-8800
kss@clearyshahi.com
*Attorneys for Plaintiff*

Dated this  9  day of April, 2025.

/s/ John D. Prendergast
_____
John D. Prendergast, Esq.
JACKSON LEWIS P.C.
100 International Drive, Suite 363
Portsmouth, NH 03801
(603) 559-2705
John.Prendergast@jacksonlewis.com
*Attorneys for Defendants*

SO ORDERED, this __10__ day of __April__, 2025.

                                          *William K. Sessions III*
                                   Hon. William K. Sessions III, District Judge

Cleary Shahi & Aicher
110 Merchants Row, Suite 3
Rutland, VT 05701

(802) 775-8800